PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 10/99)

IN THE UNITED STATES DISTRICT COURT

FOR THE _Southern_ DISTRICT OF TEXAS

_Houston_ Division

FILED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAY 9 - 2006
MICHAEL N. MILBY, CLERK OF COURT

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Helen Ann Caples And 25
**PETITIONER**  Hobby unit offenders
(Full name of Petitioner)

Hobby
**CURRENT PLACE OF CONFINEMENT**

535949
**PRISONER ID NUMBER**

VS.
WARDen Lovetta Knox
Texas Dept. Criminal Justice
Texas DepT.Crim Justice Executive Board
**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of petitioner)

**H-06-1575**
**CASE NUMBER**
(Supplied by the Clerk of the District Court)

---

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum.

3. When the Clerk of Court receives the $5.00 filing fee, the Clerk will file your petition if it is in proper order.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-ID, you must send in a certified *In Forma Pauperis* Data Sheet from the institution in which you are confined. If you are in an institution other than TDCJ-ID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.    Only judgments entered by one court may be challenged in a single petition. If you want to challenge judgments entered by different courts, either in the same state or in different states, you must file separate petitions as to each court.

6.    Include all your grounds for relief and all the facts that support each ground for relief in this petition.

7.    When you have finished filling out the petition, mail <u>the original and two copies</u> to the Clerk of the United States District Court for the federal district within which the State court was held which convicted and sentenced you, or to the federal district in which you are in custody. A "VENUE LIST," which lists U.S. District Courts in Texas, their divisions, and the addresses for the clerk's office for each division, is posted in your unit law library. You may use this list to decide where to mail your petition.

8.    Petitions that do not meet these instructions may be returned to you.

---

# PETITION

**What are you challenging?**  (Check <u>only</u> one)

☐  A judgment of conviction or sentence,          (Answer Questions 1-4, 5-12 & 20-23)
   probation or deferred-adjudication probation
☐  A parole revocation proceeding.          (Answer Questions 1-4, 13-14, & 20-23)
☒  A disciplinary proceeding.          (Answer Questions 1-4, 15-19 & 20-23)

**All petitioners must answer questions 1-4:**

1.    Name and location of the court (district and county) which entered the conviction and sentence that you are presently serving or that is under attack:

   HARRis  County

2.    Date of judgment of conviction:    SepTmber 25  1989

3.    Length of sentence:    Twenty year Sentence

4.    Nature of offense and docket number (if known): unAuTHoRized use of A

   moTor  Venicle

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5.    What was your plea? (Check one)

   ☐   Not Guilty    ☒   Guilty    ☐   Nolo contendere

6.    Kind of trial: (Check one)    ☐   Jury    ☒   Judge Only

- 2 -                                    CONTINUED ON NEXT PAGE

7.   Did you testify at the trial?   ☐   Yes   ☒   No

8.   Did you appeal the judgment of conviction?   ☐   Yes   ☐   No

9.   If you did appeal, in what appellate court did you file your direct appeal?

_____N/A_____ Cause Number (if known) ___N/A___

What was the result of your direct appeal (affirmed, modified or reversed): ___N/A___

What was the date of that decision? _____N/A_____

If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

Result: _____N/A_____

Date of result: ___N/A___ Cause Number (if known): _____

If you filed a petition for *writ of certiorari* with the United States Supreme Court, answer the following:

Result: _____NONE_____

Date of result: _____NONE_____

10.   Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state application for writ of habeas corpus that you may have filed.

☒   Yes   ☐   No

11.   If your answer to 10 is "Yes," give the following information:

Name of court: _____178 Th_____

Nature of proceeding: ___Civil Rights complainT___

Cause number (if known): _____54262?_____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court.
_____AugusT 29 2005_____

Grounds raised: Petitioners constitutional Rights Violated

- 3 -

CONTINUED ON NEXT PAGE

Date of final decision: 1|30|06  Re: WRIT NO. WR-64-031-01

Name of court that issued the final decision: _____ Harris county 178Th

As to any *second* petition, application or motion, give the same information:

Name of court: _____ N/A

Nature of proceeding: _____ N/A

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court.

Grounds raised: _____ N/A

Date of final decision: _____ N/A

Name of court that issued the final decision: _____ N/A

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12.   Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?                 ☐   Yes        ☒   No

(a)   If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future:
_____ N/A

(b)   Give the date and length of the sentence to be served in the future: _____ N/A

(c)   Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?

      ☐   Yes          ☒   No

CONTINUED ON NEXT PAGE

**Parole Revocation:**

13.     Date and location of your parole revocation: _____ *N/A* _____

14.     Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation?

☐     Yes               ☒     No

If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15.     For your original conviction, was there a finding that you used or exhibited a deadly weapon?          ☐ Yes          ☒ No

16.     Are you eligible for mandatory supervised release?          ☒ Yes          ☐ No

17.     Name and location of prison or TDCJ Unit that found you guilty of the disciplinary violation:

_Hobby unit 742 Fm 712 Marlin Texas 76661_

Disciplinary case number: _____ *N/A* _____

18.     Date you were found guilty of the disciplinary violation: _____ *N/A* _____

Did you lose previously earned good-time credits?          ☒ Yes          ☐ No

Identify all punishment imposed, including the length of any punishment if applicable, any changes in custody status, and the number of earned good-time credits lost: _____

_____ (see Attach) _____

19.     Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?

☒     Yes               ☐     No

If your answer to Question 19 is "yes," answer the following:

Step 1  Result: _Warren Hamlin Failed to Review issues_

_____

Date of Result: _____ _2/10/06_ _____

Step 2  Result: _____ _Same Result_ _____

_____

- 5 -                                    **CONTINUED ON NEXT PAGE**

Date of Result: _____ 3/7/06 _____

**All applicants must answer the remaining questions:**

20.   State <u>clearly</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

**CAUTION:**
<u>Exhaustion of State Remedies:</u> You must ordinarily present your arguments to the highest state court as to each ground before you can proceed in federal court.
<u>Subsequent Petitions:</u> If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

Following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement is a separate ground for possible relief. You may raise any grounds, even if not listed below, if you have exhausted your state court remedies. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your belief that you are being held unlawfully.

<u>DO NOT JUST CHECK ONE OR MORE OF THE LISTED GROUNDS</u>. Instead, you must also STATE the SUPPORTING FACTS for ANY ground you rely upon as the basis for your petition.

(a)   Conviction obtained by a plea of guilty which was unlawfully induced, or not made voluntarily, or made without an understanding of the nature of the charge and the consequences of the plea.

(b)   Conviction obtained by the use of a coerced confession.

(c)   Conviction obtained by the use of evidence gained from an unconstitutional search and seizure.

(d)   Conviction obtained by the use of evidence obtained from an unlawful arrest.

(e)   Conviction obtained by a violation of the privilege against self-incrimination.

(f)   Conviction obtained by the prosecution's failure to tell the defendant about evidence favorable to the defendant.

(g)   Conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled.

(h)   Conviction obtained by a violation of the protection against double jeopardy.

(i)   Denial of effective assistance of counsel.

(j)   Denial of the right to appeal.

(k)   Violation of my right to due process in a disciplinary action taken by prison officials.

- 6 -                                    **CONTINUED ON NEXT PAGE**

A. **GROUND ONE:** The STATE OF TexAS has Violated The constitutional Rights of First Amendment Freedom of Speech

Supporting FACTS (tell your story briefly without citing cases or law):

See: memorandum

B. **GROUND TWO:** The STATE OF TexAS has Violated The constitutional Right OF The Eight Amendment

Supporting FACTS (tell your story briefly without citing cases or law):

See: memoRAndum

C. **GROUND THREE:** The STATE OF TexAS has Violated The constitutional Right OF The Fourteeth Amendment

Supporting FACTS (tell your story briefly without citing cases or law):

See: memoRandum

**CONTINUED ON NEXT PAGE**

D.   **GROUND FOUR:** _____ N/A _____

_____

Supporting FACTS (tell your story briefly without citing cases or law):

_____

_____

_____ N/A _____

_____

_____

21.   Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?

☐   Yes                    ☒   No

If your answer is "yes," give the date on which each petition was filed, the federal court in which it was filed, and whether the petition was (a) dismissed without prejudice or (b) denied.

_____

_____

_____

22.   Are any of the grounds listed in paragraph 20 above presented for the first time in this petition?

☑   Yes                    ☐   No

If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

_____

_____ N/A _____

_____

- 8 -                              CONTINUED ON NEXT PAGE

23.    Do you have any habeas corpus proceedings or appeals now pending in any court, either state or federal, relating to the judgment or proceeding under attack?

☑    Yes          ☐    No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed.

_May 12 2005 I Filed A 1983 claim its Still Pending in Falls co._

_w-05-CA-204 And 1107 in court of criminal Appeals_

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed on   _May 1, 2006_   (date).

_[signature]_
Signature of Petitioner (required)

Petitioner's current address: _Hobby un.7 742 Fm 712 marlin Tx 76661_

_____

_____

- 9 -

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2006072867 |
| Date Received: | JAN 0 2 2006 |
| Date Due: | 02-11-2006 |
| Grievance Code: | 401 |
| Investigator ID #: | I1344 |
| Extension Date: | 02-06-2006 |
| Date Retd to Offender | FEB 1 3 2006 |

Offender Name: Helen Capps    TDCJ # 535949

Unit: HB    Housing Assignment: I-C-III-B

Unit where incident occurred: HB

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Inc Talked to everybody About This matter   When? everyday

What was their response? Basically That TDC can do what They want, when They want

What action was taken? Ims wrote up Almost everyday

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I'm dropping This Grievance on T.D.C. officials For writing An excessive Amount of code 24. Talking Anywhere outside The building you live in is A Disciplinary case. I want to know how T.D.C. officials can Take something such as our constitution and use it against us. it states As follows: "Congress shall make no law Respecting An establishment of Religion or Prohibiting The free exercise Thereof, or abridging The Freedom of Speech or of The Press, or The Right to The people to Peaceably to Assemble And to The Petition The Government For a Redress of Grievances. if congress shall make no law And Respecting An establishment or Abridging The Freedom of speech, how can TDC make a Rule Prohibiting us From Talking? half our life is spent here in TDC because of Talking cases! Amendment V states: "nor be deprived of life, liberty, or property, without due process of law. But I have been deprived of my freedom of speech, written up For Talking And deprived of my life here in TDC, For The last sixteen years due to disciplinary Apart of my constitution According to congress has been Violated. my "Liberty Interest" has been Rendered in effective And These cases effect my Release From sentence of confinement Through diligent labor And good behavior, since The Record shows my last case was 7-22-05 TDC officials does not Recognize nor Acknowledge when a Person is trying to obtain A clear Record in order to get out of here. instead TDC officials do all They can to keep us in Prison. I Am illegally confined And Restrained of my liberty. due to disciplinary cases, I have no Equal Protection Rights As Provided by The 14 Amendment of The united States constitutional As well As The Texas State. constitution Thus Rendering my confinement "unconstitutional" JAN 0 2 2006

I-127 Front (Revised 9-1-2001)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

---

Give reason for appeal (Be specific): "I am dissatisfied with the response at step I because:"

This Grievance was not Answered. I want to Know who Passed The Bill For cases to be a part of The system, was it congress? The legislature? how can T.D.C. officials get away with Violating so many of The Amendments Such as Amendment one 14 Amendment 8 Amendment And The 5 Amendment. Asst. warden Hamilton Answered my grievance As if I had Appealed A case. This is not about an Appeal it Dust goes to show The grievance system is Faulty

**Action Requested to resolve your Complaint.**

As For The Action I'm Requesting, I Request For This grievance to be Processed, Answered to The best of your Ability, So I can go to Step2, and Then The courts. I would Also like to Know who Passed The law to write cases

**Offender Signature:** _Helen Coples_                     **Date:** _12/30/05_

**Grievance Response:**  Disciplinary Case# 20060107636 has been reviewed and no procedural errors were identified.  Your specific point of appeal is that the no talking rule violates your freedom of speech.  The finding on this point is that you failed to obey a direct order by an officer to stop talking.  As an offender, incarerated in TDCJ, there are numerous rules and regulations that you are expected to follow, to include no talking when told not to.

**Signature Authority:** _____                     **Date:** _2/10/06_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.  State the reason for appeal on the Step 2 Form.

**Offender Signature:** _Helen Coples_                     **Date:** _2/15/06_

**Grievance Response:**

Major disciplinary case # 20060107636 has been reviewed.  The disciplinary charges were appropriate for the offense. You pled guilty.  No investigation deficiency was noted.  All due process requirements were satisfied and the punishment assessed by the Disciplinary Hearing Officer was within agency guidelines.  The Agency's policies and procedures are authorized and supported by the Texas Board of Criminal Justice. No further action is warranted in this matter.-d-sr

**Signature Authority:** _Kelli Ward_                     **Date:** MAR 0 7 2006

Kelli Ward

| | OFFICE USE ONLY |
|---|---|

Helen Caples 535549
Hobby unit 742 Fm 712
marlin TX 76661

LEGAL
MAIL

H-06-1575

Harris County District clerk
4/60 civil courts BLDG
301 Fannin street
Houston Texas 77002
P.O. Box 61010
Houston, TX, 77208